NO. SCAD-11-0000777

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

vs.

WEVLEY WILLIAM SHEA, Respondent.

---

ORIGINAL PROCEEDING
(ODC 11-039-8963)

ORDER OF SUSPENSION
(By: Recktenwald, C.J., Nakayama, Duffy, and McKenna, JJ.
and Intermediate Court of Appeals Chief Judge Nakamura,
in place of Acoba, J., recused)

Upon consideration of the petition filed by the Office of Disciplinary Counsel (ODC), the exhibits and affidavits attached thereto, the Notice of Reciprocal Discipline issued pursuant to Rule 2.15(b) of the Rules of the Supreme Court of the State of Hawaiʻi (RSCH), the affidavit of service filed by ODC on April 18, 2012 and the record, it appears that, on May 18, 2011, the Supreme Court of the State of Alaska entered an order suspending Respondent Wevley William Shea from the practice of law for a period of 25 months and subjected Shea to other conditions necessary for his reinstatement, to wit that he comply with Alaska Bar Rules 2, Section 1(d) and 29(c)(1), and that he provide evidence from a psychologist or psychiatrist that he is mentally fit to return to the practice of law. In light of the fact Respondent Shea was not in the State of Hawaiʻi, we allowed

ODC to serve documents required by RSCH Rule 2.15(b) upon Respondent Shea by certified mail, pursuant to RSCH Rules 2.11. Such service was complete on February 2, 2012. It further appears Respondent Shea did not file a response addressing why the imposition of the same or substantially equivalent discipline would be unwarranted. Therefore,

IT IS HEREBY ORDERED that Respondent Wevley William Shea is suspended from the practice of law in this jurisdiction for 25 months, effective 30 days after entry of this order, as provided by RSCH Rule 2.16(c).

IT IS FURTHER ORDERED that, in addition to the requirements set out in RSCH Rules 2.16 and 2.17, Respondent Shea's reinstatement is contingent upon proof of his reinstatement to the Alaska Bar.

DATED: Honolulu, Hawai'i, May 1, 2012.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ James E. Duffy, Jr.

/s/ Sabrina S. McKenna

/s/ Craig H. Nakamura



2